RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Ryan Keith Tyler

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00121-RFB-VCF |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| v. | (First Request) |
| RYAN KEITH TYLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Ryan Keith Tyler, that the Court modify his conditions of release to allow him to access a cell phone for employment purposes only.

The Stipulation is entered into for the following reasons:

1. Condition #26 of the current terms of pretrial release require Mr. Tyler to seek and maintain lawful employment.

2. Condition # 55 of the current terms of pretrial release restrict Ms. Tyler's access to computers and other devices which connect to the internet.

3. Mr. Tyler has recently been offered employment with MyLife Healthy Services. However, as a condition of employment, Mr. Tyler must have access to a company app and therefore must be able to connect to the internet through his cell phone.

4. The parties herby stipulate and agree that Mr. Tyler be permitted to use his cell phone (modification to condition number 55); that the permission be for work purposes only (condition 56); that his cell phone be subject to an initial and then periodic searches (conditions 57 and 59); and that pre-trial services be allowed to upload monitoring software to Mr. Tyler's cell phone (condition 58).

5. Mr. Tyler's Pre-trial officer, Jennifer Simone, has been consulted and has no objection to these modifications.

This is the first stipulation to modify conditions of release filed herein.

DATED this 20th day of July, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Paul D. Riddle*<br>By_____<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | */s/ Supriya Prasad*<br>By_____<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00121-RFB-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| RYAN KEITH TYLER, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the conditions of pretrial release are modified to allow Mr. Tyler to use a cell phone for work purposes subject to the other conditions outlined in this attached stipulation.

DATED this 20th day of July, 2021.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE