JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
SUPRIYA PRASAD
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: supriya.prasad@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-121-RFB-VCF |
| Plaintiff, | **Stipulation to Extend Deadlines Regarding Defendant's Motion** |
| v. | |
| RYAN KEITH TYLER, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Supriya Prasad, Assistant United States Attorney, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for defendant, that the government's deadline to respond to defendant's Motion for District Judge Review of Magistrate Judge's Detention Order ("Motion"), ECF No. 65, currently set for August 5, 2022, be extended until August 19, 2022.

1.      Defendant filed his Motion on July 22, 2022, at 4:20pm, which resulted in a response due date of August 5, 2022. However, the undersigned government counsel had a planned two-week vacation already scheduled to begin less than an hour after the Motion was filed, and therefore would not have adequate time to prepare a response to the Motion

before the due date. Government counsel reached out to the defense, and the defense agreed

to an extension of two weeks to file the response.

        2.     As such, the government respectfully ask this Court to grant a two-week

extension, or until August 19, 2022, for the government to respond to defendant's Motion.

DATED this 25th day of July, 2022.

JASON M. FRIERSON
United States Attorney


 _s/ Supriya Prasad_                              _s/ Katherine A. Tanaka_
SUPRIYA PRASAD                       KATHERINE A. TANAKA
Assistant United States Attorney         Assistant Federal Public Defender
_Counsel for the United States_            _Counsel for Defendant_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>RYAN KEITH TYLER,<br><br>      Defendant. | Case No. 2:21-cr-121-RFB-VCF<br><br>**ORDER** |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the government's response to defendant's Motion for District Judge Review of Magistrate Judge's Detention Order, ECF No. 65, shall be filed and served on or before August 19, 2022.

DATED this __26th__ day of July, 2022.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

3