UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RYAN KEITH TYLER,<br><br>　　　　Defendant. | 2:21-CR-121-RFB-VCF<br><br>**Preliminary Order of Forfeiture** |

This Court finds Ryan Keith Tyler pled guilty to Count One of a Two-Count Criminal Indictment charging him with distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Ryan Keith Tyler agreed to the forfeiture of the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment ECF No. 1; Bill of Particulars, ECF No. 87; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and the offense to which Ryan Keith Tyler pled guilty.

The following property is any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A(a)(2) and any property, real or personal, used or intended to be used

1  to commit or to promote the commission of 18 U.S.C. § 2252A(a)(2) or any property
2  traceable to such property and is subject to forfeiture under 18 U.S.C. § 2253(a)(1) and
3  2253(a)(3):
4     1. one LG cell phone, model LM-Q730MM, IMEI 354525112195084; and
5     2. one LG cell phone, model LM-Q720MS, IMEI 358852105073284
6  (all of which constitutes property).
7       This Court finds that on the government's motion, the Court may at any time enter
8  an order of forfeiture or amend an existing order of forfeiture to include subsequently
9  located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).
10      This Court finds the United States of America is now entitled to, and should, reduce
11 the aforementioned property to the possession of the United States of America.
12      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND
13 DECREED that the United States of America should seize the aforementioned property.
14      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory
15 rights, ownership rights, and all rights, titles, and interests of Ryan Keith Tyler in the
16 aforementioned property are forfeited and are vested in the United States of America and
17 shall be safely held by the United States of America until further order of the Court.
18      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States
19 of America shall publish for at least thirty (30) consecutive days on the official internet
20 government forfeiture website, www.forfeiture.gov, notice of this Order, which shall
21 describe the forfeited property, state the times under the applicable statute when a petition
22 contesting the forfeiture must be filed, and state the name and contact information for the
23 government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).
24 Notice is served on any individual or entity on the date when it is placed in the mail,
25 delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P.
26 32.2(b)(6)(D) and Supplemental Rule G4(b)(i) and (iv).
27      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual
28 or entity who claims an interest in the forfeited property must file a petition for a hearing to

adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov, whichever is earlier.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Misty L. Dante
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED ____8/15____, 2023.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3